IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01707-RPM-KLM

JUSTIN ALLEN,

    Plaintiff,

v.

P&B CAPITAL GROUP, LLC,
f/k/a PHILLIPS & BURNS, LLC,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 9; Filed September 8, 2009] ("Motion No. 9") and Plaintiff's **Unopposed Motion for Leave for Plaintiff's Counsel to Appear at Scheduling Conference by Telephone** [Docket No. 10; Filed September 8, 2009] ("Motion No. 10").

IT IS HEREBY **ORDERED** that Motion No. 9 is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is accepted for filing and entered as a order of the Court as of today's date.

IT IS HEREBY **ORDERED** that Motion No. 10 is **GRANTED**. On the date and time of the Scheduling Conference, Plaintiff's counsel shall contact Chambers at **(303) 335-2770** to participate.

Dated: September 8, 2009