IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01707-RPM-KLM

JUSTIN ALLEN,

    Plaintiff,

v.

P&B CAPITAL GROUP, LLC, a New York limited liability company,
f/k/a PHILLIPS & BURNS, LLC,

    Defendant.

___

ORDER DISMISSING CASE WITH PREJUDICE
___

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATE: November 9th, 2009        BY THE COURT:

                                                                 s/Richard P. Matsch

                                                                 Richard P. Matsch, Senior District Judge